1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROMERO, | ) 1:07-CV-01339 LJO SMS HC |
| Petitioner, | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| | ) [Doc. #13] |
| v. | ) |
| | ) ORDER GRANTING RESPONDENT'S |
| | ) MOTION TO DISMISS AND DISMISSING |
| | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS |
| JAMES A. YATES, | ) |
| | ) ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) TO ENTER JUDGMENT |
| | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 10, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition be GRANTED and the petition be DISMISSED WITH PREJUDICE for violating the statute of limitations. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

1     On March 10, 2008, Petitioner filed objections to the Findings and Recommendation.

2 Petitioner argues he should be granted equitable tolling for the time period between November 2004

3 through April 2005, because the prison was locked down due to a riot. He states only those with 30-

4 day court deadlines were allowed access to the law library during this time. The Court is not

5 persuaded. Even if Petitioner was not allowed physical access to the law library during this time

6 period, he still had the ability to request legal materials via the prison paging system. Therefore, he

7 has failed to demonstrate that he has been pursuing his rights diligently, and that some extraordinary

8 circumstance stood in his way. Pace v. DiGuglielmo, 544 U.S. 408, 418 (2005). In accordance with

9 the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.

10 Having carefully reviewed the entire file and having considered the objections, the Court concludes

11 that the Magistrate Judge's Findings and Recommendation is supported by the record and proper

12 analysis, and there is no need to modify the Findings and Recommendations based on the points

13 raised in the objections.

14     Accordingly, IT IS HEREBY ORDERED that:

15     1. The Findings and Recommendation issued January 10, 2008, is ADOPTED IN FULL;

16     2. Respondent's Motion to Dismiss is GRANTED;

17     3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

18     4. The Clerk of Court is DIRECTED to enter judgment.

19 IT IS SO ORDERED.

20 **Dated:   March 25, 2008**     **/s/ Lawrence J. O'Neill**

                 UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28